

# Invoice

| | |
|---|---|
| Transaction # | 752145 |
| Escrow # | 523239 |
| Closing Date: | 3/17/2015 |
| Buyer: | Shawn Schulze ( ███████ ) |
| Broker: | Brannans.com ( ███████ ) |
| Transaction Title: | SeniorCare.com |
| Merchandise Amount: | $ ███████ |
| Shipping Fee: | $ ███████ |
| Escrow Fee and other: | $ ███████ |
| Escrow Fee paid by: | SplitBB |
| Total: | $ ███████ |

Internet Escrow Services, Inc.
30318 Esperanza
Rancho Santa Margarita, CA 92688
support@escrow.com
US and Canada: 888-511-8600
International: 949-635-3800

Back

**EXHIBIT A**