IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Bryan Anthony Reo, | ) | Case No. 1:15-CV-02348 |
| Plaintiff, | ) | Judge Patricia A. Gaughan |
| v. | ) | |
| AffAction, LLC, et al., | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

So Ordered.
/s/ Patricia A. Gaughan
6/3/16

The parties, through counsel, stipulate that this case is dismissed with prejudice pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure. The parties are to bear their own costs.

Respectfully submitted,

/s/ Brett A. Klimkowsky
Brett A. Klimkowsky (09183)
*Attorney for Plaintiff*

/s/ Roman Arce
Roman Arce (0059887)

/s/ Jennifer J. Dawson
Jennifer J. Dawson (0033707)
Attorneys for Defendants

**KLIMKOWSKY LAW, LLC**
Brett A. Klimkowsky
P.O. Box 114
Martin, OH 43445
Phone: (419) 360-1738
Fax: (855) 589-8543
Email: brett1066@gmail.com
*Attorney for Plaintiff*

**MARSHALL & MELHORN, LLC**
Roman Arce
Jennifer J. Dawson
Four SeaGate, 8th Floor
Toledo, OH 43604
Phone: (419) 249-7100
Email: arce@marshall-melhorn.com
         dawson@marshall-melhorn.com
*Attorney for Defendants*

1